UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**THE GEM GROUP INCORPORATED D/B/A GEMLINE**
Plaintiff(s), Petitioner(s)

against

**NOVA INTERNATIONAL LLC**
Defendant(s), Respondent(s)

CLIENT: State Process Serving Company

INDEX NO.: 03 12522 GAO

DATE OF FILING: 12/16/2003

JUSTICE: 132135

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Alan Jones being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Danbury, CT.

Furthermore, that on **January 9, 2004 at 1:00 PM** at , 44 Clearview Drive, Brookfield, CT, deponent served the **Summons In A Civil Action; Complaint With Jury Trial Demand** upon **Nova International LLC**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action; Complaint With Jury Trial Demand** with **Joseph Milacci** a person who is known to be the **Managing Agent** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action; Complaint With Jury Trial Demand**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **White** Hair: **Gray/Balding** Age(Approx): **51-65** Height(Approx): **5'9" - 6'** Weight(Approx): **161-200lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Alan Jones, Private Process Server

Sworn to before me on January 12, 2004

Notary Public
My Commission Expires: 7/31/2008

| | | |
|---|---|---|
| ROBERT A. CESARI<br>JOHN F. McKENNA<br>MARTIN J. O'DONNELL<br>THOMAS C. O'KONSKI<br>PATRICIA A. SHEEHAN<br>MICHAEL E. ATTAYA<br>CHARLES J. BARBAS<br>WILLIAM A. LOGINOV<br>MICHAEL R. REINEMANN<br>JOHN L. CAPONE<br>RITA M. ROONEY<br>MICHAEL J. BADZINSKI<br>ROBERT E. RIGBY, JR.<br>KEVIN GANNON<br>DUANE H. DREGER<br>JAMES A. BLANCHETTE<br>JAMES M. BEHMKE | # CESARI AND McKENNA, LLP<br>ATTORNEYS AT LAW<br>88 BLACK FALCON AVENUE<br>BOSTON, MASSACHUSETTS 02210<br><br>(617) 951-2500 | INTELLECTUAL PROPERTY<br>AND RELATED<br>CAUSES<br><br>A. SIDNEY JOHNSTON<br>EDWIN H. PAUL<br>OF COUNSEL<br><br>STEPHEN E. KABAKOFF<br>PATENT AGENT<br><br>TELECOPIER<br>(617) 951-3927<br><br>WEB SITE<br>www.c-m.com |

April 23, 2004

**BY HAND**

Civil Clerk's Office
U.S. District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

      Re:    The Gem Group, Inc., d/b/a Gemline v.
               Nova International, Ltd.
               Civil Action No.: 03CV12522(GAO)
               Our File No. 133021-0037

Dear Sir or Madam:

      Enclosed for filing in the above-referenced matter, please find a Return of Service.

      To verify receipt of this document, kindly time-date stamp the enclosed copy and return it to our messenger.

                             Sincerely,

                             John L. Capone

JLC:jma
Enclosure: Return of Service

H:\133\021\0037\Letters\CivilCle.doc