IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GEM GROUP, d/b/a GEMLINE, <br><br> Plaintiff, <br><br> v. <br><br> NOVA INTERNATIONAL, LLC, <br><br> Defendant. | Civil Action No. 03-12522 GAO |

## NOTICE OF DISMISSAL

Plaintiff, The Gem Group, d/b/a Gemline, through its undersigned attorney, hereby dismisses this action, including all claims therein, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(i).

                                                The Gem Group, d/b/a Gemline

                                                By Its Attorneys,

Date: __8-26-04__

                                                /s/ John L. Capone
                                                John L. Capone BBO # 656150
                                                Cesari and McKenna, LLP
                                                88 Black Falcon Avenue
                                                Boston, MA 02210
                                                (617) 951-2500
                                                (617) 951-3927

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served by first class mail, postage pre-paid on August 26, 2004 to:

> Joseph Mellaci
> Nova International
> 44 Clearview Drive
> Brookfield, CT 06804
>
> _/s/ Jeneen Adamo_